**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George M Hauss, | No. CV-20-00097-TUC-JGZ |
|        Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
|        Respondents. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Eric J. Markovich. (Doc 11.) Magistrate Judge Markovich recommends denying Hauss's request for habeas relief. (*Id.*)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Markovich's recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

Accordingly,

**IT IS ORDERED:**

1.    The Report and Recommendation (Doc. 11) is **adopted.**

2.    Hauss' Petition for Writ of Habeas Corpus (Doc. 1) is **denied** and **dismissed**

**with prejudice.**

3.     A certificate of appealability and leave to proceed in forma pauperis on appeal are **denied**.

4.     The Clerk of Court must enter judgment accordingly and terminate this action.

Dated this 10th day of January, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge